IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEO SHUMACHER, | ) |
|        Plaintiff, | ) ) ) Case No. 2:21-cv-04741-JDW |
| v. | ) ) |
| NORTONLIFELOCK INC., SUSAN P. BARSAMIAN, ERIC K. BRANDT, FRANK E. DANGEARD, NORA M. DENZEL, PETER A. FELD, KENNETH Y. HAO, EMILY HEATH, VINCENT PILETTE, and SHERRESE M. SMITH, | ) ) ) ) ) ) ) ) |
|        Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 24, 2022

**GRABAR LAW OFFICE**

By: _/s/ Joshua H. Grabar_
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

**C.O. LAW, APC**
Clark Ovruchesky
2404 Broadway, Suite 150
San Diego, CA 92102
619-356-8960
co@colawcalifornia.com

*Counsel for Plaintiff*